UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

DAVID BAXTER,
        Plaintiff,

v.

BRIDGEPORT FINANCIAL, INC.,
        Defendant.

No. C 10-4981 CW

**ORDER RE: ATTENDANCE AT MEDIATION**

Date: April 26, 2011
Mediator: Gregory Walker

    IT IS HEREBY ORDERED that the requests for defendant Bridgeport Financial, Inc.'s insurer representative, David Haggerty, to attend telephonically the April 26, 2011 mediation before Gregory Walker is GRANTED. Mr. Haggerty shall be available at all times to participate in the mediation session in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

March 31, 2011
Dated

By: _____
Elizabeth D. Laporte
United States Magistrate Judge