Todd M. Friedman (216752)
Darin Shaw (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
dshaw@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID BAXTER,** | ) Case No. 4:10-cv-04981-CW |
|  | ) |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
|  | ) |
| vs. | ) |
|  | ) |
| **BRIDGEPORT FINANCIAL, INC.,** | ) |
|  | ) |
| Defendant. | ) |
| _____ | ) _____ |

    NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Stipulation to Dismiss and Order will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

    Respectfully submitted this 22nd day of April, 2011.

               By: s/Todd M. Friedman
                  TODD M. FRIEDMAN
                  Law Offices of Todd M. Friedman, P.C.
                  Attorney for Plaintiff

Filed electronically on this 22nd day of April, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Claudia Wilken
United States District Court
Northern District of California

Andrew M. Steinheimer
Ellis LaVoie Poirier Steinheimer & McGee, LLP
555 University Avenue
, Suite 200 East
Sacramento, CA 95825

Lindsey Nicole Heaton
Ellis LaVoie Poirier Steinheimer & McGee, LLP
555 University Ave
Suite 200 East
Sacramento, CA 95825

This 22nd day of April, 2011.

s/Todd M. Friedman
Todd M. Friedman