Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID BAXTER,** | ) Case No. 4:10-cv-04981-CW |
| | ) |
| Plaintiff, | ) **JOINT MOTION TO DISMISS** |
| | ) **WITH PREJUDICE** |
| vs. | ) |
| | ) |
| **BRIDGEPORT FINANCIAL, INC.** | ) |
| | ) |
| Defendant. | ) |
| | ) |

   NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and expenses.   A proposed order has been concurrently submitted to this Court via email.

   Respectfully submitted this 9th day of May, 2011

   By: s/Todd M. Friedman
      Law Offices of Todd M. Friedman, P.C.
      Attorney for Plaintiff

   By: s/Andrew Steinheimer
      Ellis, La Voie, Poirier, Steinheimer & McGee, LLP
      Attorney for Defendant

Filed electronically on this 9th day of May, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Andrew M. Steinheimer
Ellis LaVoie Poirier Steinheimer & McGee, LLP
555 University Avenue
, Suite 200 East
Sacramento, CA 95825

Lindsey Nicole Heaton
Ellis LaVoie Poirier Steinheimer & McGee, LLP
555 University Ave
Suite 200 East
Sacramento, CA 95825

This 9th day of May, 2011.

s/Todd M. Friedman
Todd M. Friedman