# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID BAXTER,** | ) Case No. 4:10-cv-04981-CW |
| | ) |
| Plaintiff, | ) **ORDER** |
| | ) |
| vs. | ) |
| | ) |
| **BRIDGEPORT FINANCIAL, INC.,** | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

                        Dated this ____ day of May, 2011.

                        _____
                        The Honorable Claudia Wilken